ROBERT LEE-OTIS NORTHROP,
   in pro per, petitioner,
versus,

JENNIFER GRANHOLM, GOVERNOR AND CHIEF EXECUTIVE OFFICER OF STATE OF MICHIGAN and MICHIGAN DEPARTMENT OF CORRECTIONS, PATRICIA CARUSO, DIRECTOR OF MICHIGAN DEPARTMENT OF CORRECTIONS, THOMAS K. BELL, Warden of GUS HARRISON CORRECTIONAL FACILITY, THE PEOPLE OF THE STATE OF MICHIGAN, respondent

CASE NO. 04-71156
HONORABLE AVERN COHN
MAGISTRATE JUDGE CAPEL

PRO SE COMMON LAW PETITION FOR WRIT FOR HABEAS CORPUS FROM A PERSON IN CUSTODY UNDER THE COLOR OF A STATE COURT CONVICTION

① This Court has Jurisdiction over this catastrophe from inherent Authorities granted by the Constitution for the United States.

② This habeas corpus petition is not brought pursuant to 28 United States Code subsection 2254 because all provisions, stipulations, and unrebutted presumptions by drafting into 28 United States Code subsection 2254, are inapplicable, do not exist in law, and using such statute would manifest prejudice to the rights of the petitioner.

PAGE ONE

③ This foregoing and forthcoming petition for Writ of Habeas Corpus is brought to this Court, by way of the Common Law

④ Petitioner, Robert Lee-Olis Northrop, hereinafter "petitioner", is held as hostage and for ransom in violation of human rights and the U.S. Constitution at 2727 East Beecher Street, Adrian Michigan near postal zip code 49221

⑤ There is no state court remedy known by the petitioner to resolve the dispute, to pursue such remedy would be futile, and special circumstance exist that render a necessity for this Court to dispose of the issues on the merits.

⑤ The state courts; fail to acknowledge receipt of habeas corpus petitions, will not allow the petitioner file a petition for habeas corpus without prepayment of filing fees,

⑥ The fortcoming issues which are the cause of this petition can not be raised on appeal.

⑦ No state court motion would remedy the situation.

⑧ Abstention is inappropriate and in light of the merits of the case at bar to fail to grant relief or dispose of this case would be capricious and whimsical

PAGE TWO

9) Abstention is barred in this case because to abstain would create the presumption that the Court's only authority to enforce the Constitution for persons in State custody is through 28 U.S.C. § 2254, which is either unpromulgated or unimplemented provision of law existing by no delegation of Constitutional or Congressional authority, and not registered in the Federal Register or C.F.R. cited, leaving situations such as the prisoner/petitioner no remedy in the Federal Courts.

10) When taken as a whole all foregoing truths and forthcoming facts provide that this Court by way of the Common Law hold the power to grant relief.

### FACTS, TRUTHS, AND OCCURRENCES WARRANTING HABEAS RELIEF.

11) Petitioner is held as a hostage in custody of Thomas K. Bell the warden of the Gus Harrison Correctional Facility in Adrian Michigan, by willful acts or omissions.

12) Thomas K. Bell is holding the petitioner as a hostage under the approval and guidance of Patricia Caruso, the Director of the Michigan Department of Corrections; by willful acts or omissions.

13) Thomas K. Bell is holding the petitioner as a hostage under the approval of Patricia Caruso, for and by discretion of Jennifer Granholm, Governor of the Michigan State and C.E.O. of (cont.

PAGE THREE

Michigan Department of Corrections, by willful acts or omissions.

(14) Petitioner is held as hostage by the respondents under the color of a state circuit court conviction which in law does not exist.

(15) Petitioner is held as hostage by the respondents under color of a state circuit court conviction wherein;

  A) the criminal complaint predicating such is ; (one or all of the following)
    1) counterfeit in its entirety
    2) unsworn before a magistrate or person authorized to administer oaths.
    3) non-existant because it is unfiled
    4) sworn to by a fictitious party
    5) sworn to before a fictitious party
    6) a false document establishing no liability; commercial or criminal

  B) No affadavit has been submitted to a magistrate nor grand jury.

  C) No criminal charges have been brought against the petitioner

  D) The warrant predicating such is ; (one or all of the following) (continued)

PAGE FOUR

1) Counterfeit in its entirety
2) Not issued by a court of competent jurisdiction
3) Does not name the petitioner as a defendant
4) Was not authorized by a prosecutor.
5) Was signed by a fictitious magistrate
6) Fails to describe the petitioner
7) Has never been issued
8) Establishes no commercial or criminal liability
E) No criminal information has been filed
F) No sworn or unsworn testimony has been submitted to a grand jury or clerk or magistrate to commence and provide foundation to the prison debts that the petitioner is paying.
G) No probable cause determination timely or otherwise has been conducted.
H) No court date or proceeding has been docketed.
I) No bond or bail has been set by a magistrate.
J) No attorney has been appointed to represent the petitioner during the pretended, fraudulent, fictitious, counterfeit forfeiture proceeding.

Continued

PAGE  FIVE

16) The petitioner is held as a hostage under color of a state circuit court conviction wherein the commitments which purport to justify the illegal and unconstitutional confinement are part of a set of banking instruments or securities that were fabricated for the sole purpose of:

A) Defrauding the United States Government, the Federal Deposit Insurance Company, The Federal Treasury, The State Treasury, The City of Detroit, the County of Wayne, State and Federal Government Agents, the public, political subdivision or organizations created by all previous named persons.

B) Decieving and misleading this Court and other Courts (and their officers) as to the legal rights and the obligations for the respondents and the petitioner.

## CONCLUSION

17) The petitioner is imprisoned unlawfully, by virtue of a counterfeit commitment. The petitioner is and has been reduced to the role of a debt slave because of wicked intentions and acts of a fictitious persons/person who assumed the role of judge, prosecutor, magistrate, complaining party, for the purpose of

PAGE SIX

causing the petitioner to be a prize seized by the operation of a counterfeit, false, fictitious, jurisdictionless trial wherein the petitioner would believe that he would have no other alternative but to be part of capture, seizure, forced servitude, and intrusion of his constitutional rights.

## RELIEF SOUGHT

18) Immediate release ~~for~~ from confinement
19) Expungement of counterfeit conviction and all reference thereto.
20) return of all fingerprints, photos, and signed document.
21) OR an evidentiary hearing

## VERIFICATION

22) The Undersigned Affiant, Robert Lee-Otis Northrop, certifies on criminal, commercial, and civil liability that the affiant has read this petition and issues the same with intent and understanding of purpose and does solemnly swear, declare, and state that the statements, allegations, and contents contained herein are true, correct, and complete, not misleading, the truth the whole truth and nothing but the truth.

continued

PAGE SEVEN

23) The Affiant/petitioner is competent to the matters set foregoing.

24) Affiant has personal knowledge of the facts stated foregoing.

23) All facts stated foregoing are true complete, admissable as evidence, and if called upon to testify, affiant/petitioner will do so competently, as to their veracity.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Wherefore, petitioner prays the court grant relief.

DEPONENT SAITH FORTH NAUGHT
PETITIONER SAITH FORTH NAUGHT

Signed: ROBERT LEE-OTIS NORTHROP

SWORN, SUBSCRIBED, AND AFFIRMED BEFORE ME _____
A Notary Public on this 23rd day of March 2004. CE, A Notary Public for the County of Lenawee
My Commission expires June 26, 2004

Robert Lee-Otis Northrop
In Care of: 270301
ARF
Post Office Box 1888
Adrian, Michigan near zip 49221

MAURICE JB WILLIAMS
Notary Public, Lenawee County, MI
My Commission Expires Jun 26, 2004

3/23/04

# CIVIL COVER SHEET FOR PRISONER CASES
## TO BE FILED IN DUPLICATE WITH EVERY NEW CIVIL ACTION

**ORIGINAL**
**04-71156**
**AVERN COHN**
**MAGISTRATE JUDGE CAPEL**

Name of 1st Listed Plaintiff: Otis Northrop a/k/a Robert Lee Otis Northrup

Inmate Number: 270301

Name of 1st Listed Defendant: Jennifer Granholm, et al

Defendant's County of Residence (if located in Michigan):

### FACILITIES, LISTED ALPHA BY CITY:

- ☐ PARR HIGHWAY CORRECTIONAL FACILITY, 2727 E. BEECHER STREET, ADRIAN, MI 49221
- ☒ GUS HARRISON CORRECTIONAL FACILITY, P2727 E. BEECHER STREET, ADRIAN, MI 49221, LENAWEE COUNTY CODE: 26091
- ☐ BARAGA MAXIMUM CORRECTIONAL FACILITY, 301 WADAGA ROAD, BARAGA, MI 49908, BARAGA COUNTY CODE: 26013
- ☐ BOYER ROAD CORRECTIONAL FACILITY, 10274 BOYER ROAD, CARSON CITY, MI 48811, MONTCALM COUNTY CODE: 26117
- ☐ FLORENCE CRANE CORRECTIONAL FACILITY, P.O. BOX 307, 38 FOURTH STREET, COLDWATER, MI 49036
- ☐ LAKELAND CORRECTIONAL FACILITY, 141 FIRST STREET, COLDWATER, MI 49036, BRANCH COUNTY CODE: 26023
- ☐ MOUND CORRECTIONAL FACILITY, 17601 MOUND ROAD, DETROIT, MI 48212
- ☐ RYAN CORRECTIONAL FACILITY, 17600 RYAN ROAD, DETROIT, MI 48212
- ☐ WAYNE COUNTY JAIL, 570 CLINTON STREET, DETROIT, MI 48226, WAYNE COUNTY CODE: 26163
- ☐ OAKS CORRECTIONAL FACILITY, P.O. BOX 38, 1500 CABERFAE HWY., EASTLAKE, MI 49626-0038, MANISTEE COUNTY CODE: 26101
- ☐ GENESSE COUNTY JAIL, 1002 S. SAGINAW, FLINT, MI 48502, GENESSE COUNTY CODE: 26049
- ☐ SAGINAW CORRECTIONAL FACILITY, 9625 PIERCE ROAD, FREELAND, MI 48623, SAGINAW COUNTY CODE: 26145
- ☐ WILLIAM DICKERSON FACILITY, 3501 HAMTRAMCK DRIVE, HAMTRAMCK, MI 48211, WAYNE COUNTY CODE: 26163
- ☐ BELLAMY CREEK CORRECTIONAL FACILITY, 1727 W. BLUEWATER HIGHWAY, IONIA, MI 48846
- ☐ IONIA MAXIMUM FACILITY, 1576 W. BLUEWATER HIGHWAY, IONIA, MI 48846
- ☐ DEERFIELD CORRECTIONAL FACILITY, 1755 HARWOOD ROAD, IONIA, MI 48846
- ☐ RIVERSIDE CORRECTIONAL FACILITY, 777 W. RIVERSIDE DRIVE, IONIA, MI 48846
- ☐ HANDLON MICHIGAN TRAINING UNIT, 1728 BLUEWATER HIGHWAY, P.O. BOX 492, IONIA, MI 48846, IONIA COUNTY CODE: 26067
- ☐ COOPER STREET CORRECTIONAL FACILITY, 3100 COOPER STREET, JACKSON, MI 49201
- ☐ G. ROBERT COTTON CORRECTIONAL FACILITY, 3510 N. ELM ROAD, JACKSON, MI 49201
- ☐ CHARLES EGELER RECEPTION AND GUIDANCE CENTER, 3855 COOPER STREET, JACKSON, MI 49201
- ☐ PARNALL CORRECTIONAL FACILITY, 1780 E. PARNALL, JACKSON, MI 49201
- ☐ SOUTHERN MICHIGAN CORRECTIONAL FACILITY, 4010 COOPER STREET, JACKSON, MI 49201, JACKSON COUNTY CODE: 26075
- ☐ CHIPPEWA CORRECTIONAL FACILITY, 4387 W. M-80, KINCHELOE, MI 49784
- ☐ HIAWATHA CORRECTIONAL FACILITY, 4533 MARSHALL ROAD, KINCHELOE, MI 49786-0001
- ☐ STRAITS CORRECTIONAL FACILITY, 4269 W. M-80, KINCHELOE, MI 49784-0001
- ☐ KINROSS CORRECTIONAL FACILITY, 16770 S. WATERTOWER DRIVE, KINCHELOE, MI 49786, CHIPPEWA COUNTY CODE: 26033
- ☐ MARQUETTE BRANCH PRISON, 1968 S. US-41, MARQUETTE, MI 49855, MARQUETTE COUNTY CODE: 26103
- ☐ THUMB CORRECTIONAL FACILITY, 3225 JOHN CONLEY DRIVE, LAPEER, MI 48446, LAPEER COUNTY CODE: 26087
- ☐ FEDERAL CORRECTIONAL INSTUTION - MILAN, P.O. BOX 1000, MILAN, MI 48160-1090, WASHTENAW COUNTY CODE: 26161
- ☐ MACOMB COUNTY JAIL, P.O. BOX 2308, MOUNT CLEMENS, MI 48043, MACOMB COUNTY CODE: 26099
- ☐ MUSKEGON CORRECTIONAL FACILITY, 2400 SHERIDAN DRIVE, MUSKEGON, MI 49442
- ☐ EARNEST C. BROOKS CORRECTIONAL FACILITY, 2500 S. SHERIDAN DRIVE, MUSKEGON HEIGHTS, MI 48444, MUSKEGON COUNTY CODE: 26121
- ☐ ALGER MAXIMUM FACILITY, P.O. BOX 600, INDUSTRIAL PARK DRIVE, MUNISING, MI 49862, ALGER CONTY CODE: 26003
- ☐ MACOMB CORRECTIONAL FACILITY, 34625 26 MILE ROAD, P.O. BOX 480999, NEW HAVEN, MI 48048, MACOMB COUNTY CODE: 26099
- ☐ NEWBERRY CORRECTIONAL FACILITY, 3001 NEWBERRY AVENUE, NEWBERRY, MI 49868, LUCE COUNTY CODE: 26095
- ☐ SCOTT CORRECTIONAL FACILITY, 47500 FIVE MILE ROAD, PLYMOUTH, MI 48170
- ☐ WESTERN WAYNE CORRECTIONAL FACILITY, 48401 FIVE MILE ROAD, PLYMOUTH, MI 48170, WAYNE COUNTY CODE: 26163
- ☐ OAKLAND COUNTY JAIL, P.O. BOX 436017, PONTIAC, MI 48343, OAKLAND COUNTY CODE: 26125
- ☐ MID-MICHIGAN CORRECTIONAL FACILITY, 8201 N. CROSWELL ROAD, ST. LOUIS, MI 48880
- ☐ PINE RIVER CORRECTIONAL FACILITY, 320 N. HUBBARD, ST. LOUIS, MI 48880
- ☐ ST. LOUIS CORRECTIONAL FACILITY, 8585 N. CROSWELL ROAD, ST. LOUIS, MI 48880, GRATIOT COUNTY CODE: 26057
- ☐ STANDISH MAXIMUM CORRECTIONAL FACILITY, 4713 W. M-61, STANDISH, MI 48658, ARENAC COUNTY CODE: 26011
- ☐ HURON VALLEY CENTER, 3511 BEMIS ROAD, YPSILANTI, MI 48197
- ☐ HURON VALLEY MEN'S FACILITY, 3201 BEMIS ROAD, YPSILANTI, MI 48197, WASHTENAW COUNTY CODE: 26161

### OFFICE USE ONLY

**PLAINTIFF ADDRESS: (IF NOT ABOVE)**

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity

**NATURE OF SUIT**
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 Habeas Corpus
- ☐ 535 Habeas/Death Penalty
- ☒ 540 Mandamus
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 890 Other

**PLAINTIFF'S COUNTY OF RESIDENCE:** Lenawee

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 2 Removed From State Court
- ☐ 5 Transferred from another District

**JURY DEMAND**
Check YES only if demanded in complaint
- ☒ No
- ☐ Yes

**FEE STATUS**
- ☒ IFP In Forma Pauperis
- ☐ WAI Waived
- ☐ PD Fee Paid

**CASE OPENING**
- ☒ OPEN AS FP
- ☐ OPEN AS CV
- ☐ OPEN AS X
- ☐ CHANGE X TO CV
- ☐ CHANGE X TO FP
- ☐ NO CREDIT REASSIGN TO

INT-0138-MIE Rev. 05